UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURTIS McDANIEL,<br><br>                      Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK; JOHN DOE SUPERINTENDENT; JOHN DOE HEAD OF MEDICAL UNIT; JOHN DOE ORTHAPEDIC,<br><br>                      Defendants. | 20-CV-8348 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued February 26, 2021, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction over any state-law claims Plaintiff may be asserting. 28 U.S.C. § 1367 (c)(3).

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 26, 2021
            New York, New York

                                                              Louis L. Stanton
                                                                   U.S.D.J.